**Order entered September 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00085-CR

**JOSE RAMON CRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-24443-Q**

## ORDER

The Court **REINSTATES** the appeal.

On July 31, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. On August 5, 2014, we received the clerk's record. On September 3, 2014, we received the reporter's record and on September 9, 2014, we received the two CD exhibits. Therefore, in the interest of expediting the appeal, we **VACATE** the July 31, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/     DAVID EVANS
         JUSTICE